Merchandising & Mktg. Corp. v Custom Plastics & Innovations, Inc. (2024 NY Slip Op 06597)

Merchandising & Mktg. Corp. v Custom Plastics & Innovations, Inc.

2024 NY Slip Op 06597

Decided on December 24, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 24, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
LINDA CHRISTOPHER
JANICE A. TAYLOR
JAMES P. MCCORMACK, JJ.

2022-10515
 (Index No. 60461/18)

[*1]Merchandising and Marketing Corp., appellant,
v
Custom Plastics & Innovations, Inc., et al., respondents.

Finger & Finger, P.C., White Plains, NY (Carl L. Finger and David M. Dahan of counsel), for appellant.

DECISION & ORDER
In an action, inter alia, to recover damages for breach of contract, the plaintiff appeals from a decision of the Supreme Court, Westchester County (Sam D. Walker, J.), dated October 20, 2022, made after a nonjury trial.
ORDERED that the appeal is dismissed, without costs or disbursements.
The paper from which the plaintiff appeals is a decision. No appeal lies from a decision (see CPLR 5512[a]; Schicchi v J.A. Green Constr. Corp. , 100 AD2d 509), and, therefore, the appeal must be dismissed.
BARROS, J.P., CHRISTOPHER, TAYLOR and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court